UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                 Case No. 19-22356-BKC-SMG

**DANNY A. WILDER**                     Chapter 7

         Debtor.                                 /

## AMENDED MOTION
## FOR AN ORDER DIRECTING CLERK NOT TO DISMISS CASE

       **COMES NOW, Kenneth A. Welt** as the Chapter 7 Trustee of the case captioned above and does respectfully file this his *Amended Motion for an Order Directing Clerk Not to Dismiss Case* and in support there of states as follows:

1. The debt filed a voluntary petition on September 17, 2019 and Kenneth A. Welt was appointed to serve as the Chapter 7 Trustee,
2. To date, the debtor has failed to file a complete petition with schedules in the case.
3. The clerk has filed notices of this deficiency and the debtor still has not complied.
4. It is the practice of the clerk's office to dismiss the case if the deficiencies are not cured by the debtor.
5. The Trustee believes from a cursory review of the schedules filed that the case should be administered because of the prospect of assets that can be liquidated for the benefit of creditors.
6. The Trustee previously filed a Motion Not to Dismiss the Case (DE#14) but was entered under in correct event on Court's docket.

       **THEREFORE**, the Trustee requests the entry of an Order to the Clerk of the Court to not dismiss this case

Dated: October 17, 2019                               */s/ Kenneth A. Welt*
                                                                 Trustee Kenneth A. Welt
                                                                 8201 Peters Rd, Ste. 1000
                                                                 Plantation, FL 33324
                                                                 (954) 368-6682