**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

In Re:

**DANNY WILDER**                                            Case No. 18-22356-BKC-SMG

    Debtor.                                                           Chapter 7
_____/

**RESPONSE TO ORDER SETTING DEADLINE FOR DETOR TO FILE ALL MISSING SCHEDULES AND DOCUMENTS (DE#88)**

    **COMES NOW, Kenneth A, Welt** as the Chapter 7 Trustee in the case captioned above and hereby files his response to the Court's Order Setting Deadline for Debtor to File Missing Schedules and Documents and states as follows:

1. In reviewing the case captioned above, I am certain that the Court will agree with the Trustee's evaluation that the debtor is using the bankruptcy system to hinder and delay the secured creditors from exercising their rights against the real property of the debtor.

2. This practice, although not unique to this particular debtor, is contrary to the intentions of Congress in the drafting of the provisions of the United States Bankruptcy Code

3. In the event that the Debtor fails to comply with the Order, the Trustee respectfully recommends that the dismissal of this case be with a two (2) year prejudice period. Upon the Trustee's investigation, the Debtor has filed three prior bankruptcy cases (Case Nos. 09-26878, 16-13872 and 18-23101) and failed to file any bankruptcy schedules in the latter two cases. The Trustee respectfully suggests that the Debtor's apparent abuse on the bankruptcy system warrants such an extended prejudice period.

Date:   November 8, 2019                              */s/ Kenneth A. Welt*
                                                                                  Chapter 7 Trustee
                                                                                 8201 Peters Rd - #1000
                                                                                 Plantation, Fla. 33324
                                                                                 (954_ 368-6682