**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE**

In re:

**DANNY WILDER**                                         Case No. 19-22356-BKC-SMG

____Debtor_____/                    Chapter 7

**NOTICE OF WITHDRAWING TRUSTEE'S RESPONSE**
_____

      **COMES NOW, Kenneth A. Welt** as the Chapter 7 Trustee in the case captioned above and does hereby of his intention to withdrawal the *Response to Order Setting Deadline for Debtor toFile All Missing Schedules and Documents* *(DE#28)* because of a previous setting of a claim bar date by the Court.

**CERTIFICATE OF SERVICE**

      **I CERTIFY** that a copy of this notice was provided to the parties below on December 16, 2019

**Via Electronic Mail**

Office of the US Trustee

**First Class Mail**

**Danny Allen Wilder**
2512 SE 13 Ct
Pompano Beach, FL 33062

/s/   Kenneth A. Welt, Trustee
_____
8201 Peters Rd - #1000
Plantation, Fla. 33324
(9854) 368-6682